KIRK M. NUZUM (SBN 144745 )
Email: kirk.nuzum@bipc.com
CYRIL J. DANTCHEV (SBN 129585)
Email: cyril.dantchev@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
600 West Broadway, Suite 1100
San Diego, CA  92101
Telephone:     (619) 239-8700
Facsimile:     (619) 702-3898

S. LLOYD SMITH
Email: lloyd.smith@bipc.com
BUCHANAN INGERSOLL & ROONEY P.C.
17137 King Street, Suite 500
Alexandria, VA  22314
Telephone:     (703) 836-6620
Facsimile:     (703) 836-0028

Attorneys for Plaintiff,
PACIFIC PRESS PUBLISHING ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC PRESS PUBLISHING ASSOCIATION, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>CONSOLIDATED GRAPHICS, INC., dba PACIFIC STANDARD PRESS, and AMERICAN LITHOGRAPHERS, INC.<br><br>    Defendants. | Case No. 2:10-CV-00109-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS AND TO FILE RULE 26 (F) JOINT STATUS REPORT**<br><br>Judge:   Hon. Frank C. Damrell, Jr.<br>Dept:    Courtroom 2, 15th Floor<br><br>Complaint Filed:  January 13, 2010 |

**STIPULATION**

Plaintiff Pacific Press Publishing Association, Inc. ("Pacific Press") and Defendants Consolidated Graphics, Inc. ("CGX") and American Lithographers, Inc. ("American Lithographers") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Pacific press filed its Complaint on January 14, 2010;

WHEREAS, Pacific Press served its Complaint on CGX on February 16, 2010;

WHEREAS, Pacific Press its Complaint on American Lithographers on February 16, 2010;

WHEREAS, counsel for CGX and American Lithographers and counsel for Pacific Press previously agreed to extend CGX's and American Lithographers' deadlines to answer or otherwise respond to the complaint to May 4, 2010; and

WHEREAS, the parties are currently engaged in settlement discussions to settle this matter in its entirety and need additional time to finalize the terms of a full and complete settlement.  A settlement would obviate for CGX and American Lithographers to answer and otherwise respond to the complaint, and would also obviate the need for the parties to confer as required by Fed. R. Civ. P. 26 (f) and to submit to the Court a Joint Status Report that includes the Rule 26 (f) discovery plan.  To prevent the unnecessary expenditure of resources, counsel for CGX and American Lithographers and counsel for Pacific Press have agreed to extend CGX's and American Lithographers' deadline to answer or otherwise respond to the Complaint to May 31, 2010, and have further agreed to extend the deadline to file the Rule 26 (f) Joint Status Report to June 15, 2010 to allow the parties to finalize their settlement agreement.

///
///
///
///
///
///
///

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that CGX's and American Lithographers' new deadline to answer or otherwise respond to the Complaint shall be May 31, 2010, and that the parties' deadline to file the Rule 26 (f) Joint Status Report shall be June15, 2010.

DATED: April 29, 2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                               /s/ Polly Towill
                               By:   Polly Towill
                                     Moe Keshavarzi

                                     Attorneys for Defendants,
                                     CONSOLIDATED GRAPHICS, INC. AND AMERICAN
                                     LITHOGRAPHERS, INC.


DATED: April 29, 2010          BUCHANAN INGERSOLL & ROONEY LLP


                               /s/ Cyril J. Dantchev
                               By:   S. Lloyd Smith
                                     Kirk M. Nuzum
                                     Cyril J. Dantchev

                                     Attorneys for Plaintiff,
                                     PACIFIC PRESS PUBLISHING ASSOCIATION, INC.


          **IT IS SO ORDERED.**




DATED: April 29, 2010          _____
                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE