SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
MOE KESHAVARZI, Cal. Bar No. 223759
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile:   213-620-1398
ptowill@sheppardmullin.com
mkeshavarzi@sheppardmullin.com

Attorneys for Defendants, CONSOLIDATED GRAPHICS, INC. AND AMERICAN LITHOGRAPHERS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC PRESS PUBLISHING ASSOCIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONSOLIDATED GRAPHICS, INC., dba PACIFIC STANDARD PRESS, AND AMERICAN LITHOGRAPHERS, INC.,<br><br>Defendants. | Case No. 2:10-CV-00109-FCD-KJM<br><br>STIPULATION AND ORDER EXTENDING TIME FOR CONSOLIDATED GRAPHICS INC. AND AMERICAN LITHOGRAPHERS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>[Complaint Filed:  January 14, 2010] |

**<u>STIPULATION</u>**

Plaintiff Pacific Press Publishing Association, Inc. ("Pacific Press") and defendants Consolidated Graphics, Inc. ("CGX") and American Lithographers, Inc. ("American Lithographers") by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, Pacific Press filed its Complaint on January 14, 2010;

-1-
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

1  WHEREAS, Pacific Press served its Complaint on CGX on February
2  16, 2010;
3
4  WHEREAS, Pacific Press served its Complaint on American
5  Lithographers on February 16, 2010;
6
7  WHEREAS, counsel for CGX and American Lithographers and
8  counsel for Pacific Press previously agreed to extend CGX's and American
9  Lithographers' deadlines to answer or otherwise respond to the Complaint to April 6,
10 2010, and then again to May 31, 2010;
11
12 WHEREAS, the parties have reached a settlement in principle and are
13 in the process of documenting their Settlement Agreement.  A settlement would
14 obviated the need for CGX and American Lithographers to answer or otherwise
15 respond to the Complaint.  To prevent the unnecessary expenditure of resources,
16 counsel for CGX and American Lithographers and counsel for Pacific Press have
17 agreed to extend CGX's and American Lithographers' deadlines to answer or
18 otherwise respond to the Complaint to July 2, 2010, and have further agreed to
19 extend the deadline to file the Rule 26 (f) Joint Status Report to July 23, 2010, to
20 allow the parties to document their Settlement Agreement.
21
22 The parties agree that this extension is without prejudice to CGX's and
23 American Lithographers' rights to challenge the Complaint on any ground set forth
24 in Rule 12 of the Federal Rules of Civil Procedure.
25
26 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between
27 the parties, through their counsel, that CGX's and American Lithographers' new
28 deadline to answer or otherwise respond to the Complaint shall be July 2, 2010, and

that the parties' deadline to file the Rule 26 (f) Joint Status Report shall be July 23, 2010.

Dated:  June 4, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
/s/ Moe Keshavarzi

By _____
Moe Keshavarzi
Attorneys for Defendants
CONSOLIDATED GRAPHICS, INC. AND
AMERICAN LITHOGRAPHERS, INC.

Dated:  June 4, 2010

BUCHANAN INGERSOLL & ROONEY LLP
/s/ Moe Keshavarzi

By _____
S. Lloyd Smith
Cyril Dantchev
Attorneys for Plaintiff
PACIFIC PRESS PUBLISHING
ASSOCIATION, INC.

**IT IS SO ORDERED**.

Good cause being shown, the deadline for defendants CGX and American Lithographers to answer or otherwise respond to the Complaint is hereby extended to July 2, 2010, and the parties' deadline to file the Rule 26 (f) Joint Status Report shall be July 23, 2010.

Dated: June 7, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE