1  KIRK M. NUZUM (SBN 144745)
   Email: kirk.nuzum@bipc.com
2  CYRIL J. DANTCHEV (SBN 129585)
   Email: cyril.dantchev@bipc.com
3  BUCHANAN INGERSOLL & ROONEY LLP
   600 West Broadway, Suite 1100
4  San Diego, CA  92101
   Telephone:     (619) 239-8700
5  Facsimile:     (619) 702-3898

6  S. LLOYD SMITH
   Email: lloyd.smith@bipc.com
7  BUCHANAN INGERSOLL & ROONEY P.C.
   17137 King Street, Suite 500
8  Alexandria, VA  22314
   Telephone:     (703) 836-6620
9  Facsimile:     (703) 836-0028

10 Attorneys for Plaintiff,
   PACIFIC PRESS PUBLISHING ASSOCIATION, INC.
11

12                    **UNITED STATES DISTRICT COURT**

13           **EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| 14  PACIFIC PRESS PUBLISHING ASSOCIATION, INC., | Case No. 2:10-CV-00109-FCD-KJM |
| 15                  Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| 16          vs. | Judge:    Hon. Frank C. Damrell, Jr. |
| 17  CONSOLIDATED GRAPHICS, INC., dba PACIFIC STANDARD PRESS, and AMERICAN LITHOGRAPHERS, INC. | Dept:     Courtroom 2, 15th Floor |
| 18  | Complaint Filed:  January 13, 2010 |
| 19                  Defendants. | |

STIPULATION AND ORDER OF DISMISSAL                CASE NO: 2:10-CV-00109-FCD-KJM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Pacific Press Publishing Association, Inc., and defendants Consolidated Graphics, Inc., d/b/a Pacific Standard Press, and American Lithographers, Inc., through their undersigned counsel, hereby stipulate to dismiss with prejudice all claims asserted in the above captioned Civil Action, with each party to bear its own respective costs and attorneys' fees.

DATED: August 27, 2010   BUCHANAN INGERSOLL & ROONEY LLP

/s/ Kirk M. Nuzum
By:   Kirk M. Nuzum
      S. Lloyd Smith
      Cyril J. Dantchev

Attorneys for Plaintiff
PACIFIC PRESS PUBLISHING ASSOCIATION, INC.

DATED: August 27, 2010   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Moe Keshavarzi
By:   Moe Keshavarzi

Attorneys for Defendants,
CONSOLIDATED GRAPHICS, INC. AND
AMERICAN LITHOGRAPHERS, INC.

**IT IS SO ORDERED.**

DATED:  August 30, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -
STIPULATION AND ORDER OF DISMISSAL            CASE NO: 2:10-CV-00109-FCD-KJM